# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13 CR 52-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| LEWIS DORMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion to Modify Conditions of Pretrial Release and Motion to Permit Travel (#96) filed by counsel for Defendant. In the motion, Defendant requests that he be permitted to travel to the Dominican Republic in December of 2014 or January of 2015 for a family vacation. Defendant further requests that his passport be returned to him so he can obtain a new passport. Counsel for Defendant explained that Defendant's passport has expired during the pendency of this action and he will need his expired passport in able to obtain a new passport. The attorney for the Government advised that the Government did not have any objection to the motion of the Defendant and as a result, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Modify Conditions of Pretrial Release and Motion to Permit Travel (#96) is hereby **ALLOWED.** The Court directs that the United States Probation Office shall return to the

1

Defendant his passport so Defendant can obtain a new passport. Defendant will be allowed to travel for a period of fourteen (14) days during either the month of December 2014 or the month of January 2015 to the Dominican Republic for the purpose of taking a holiday vacation with his family. Defendant is directed to notify his probation officer on or before December 1, 2014 and provide his probation officer with the dates of travel for the Defendant. Upon his return from the Dominican Republic the Defendant is to immediately report to his probation officer and provide to the probation officer both his expired passport and his new passport to be held by the probation office during sentencing. The trip of Defendant to the Dominican Republic shall consist of one trip from the United States to the Dominican Republic and one trip from the Dominican Republic back to the United States.

Signed: October 21, 2014

Dennis L. Howell
United States Magistrate Judge