# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: 1:13-cr-52 DCN |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| LEWIS R. DORMAN, III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter came before the court upon defendant's motion for early termination of his probation. Upon careful review of the case, it is hereby

**ORDERED** that defendant's probation be terminated effective the date of this order.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

November 1, 2017
Charleston, South Carolina